# United States District Court

4-18-00

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DONNA DORCE PEARSON

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4084-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 17, 2000, in Broward County, in the Southern District of Florida defendant did,

(1) did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; and (2) did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine

in violation of Title 21, United States Code, Sections 841(a)(1) and 952(a).

I further state that I am a(n) U.S. Customs Service Special Agent and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
Edwin G. Flood
Special Agent, U.S. Customs

Sworn to before me, and subscribed in my presence,

April 18, 2000                                        at Fort Lauderdale, Florida
Date                                                    City and State

BARRY SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                     Signature of Judicial Officer

## AFFIDAVIT

I, Edwin G. Flood, having first been duly sworn, do hereby state and depose the following:

1. I am a Special Agent with the United States Customs Service ("Customs"), United States Department of the Treasury, Fort Lauderdale, Florida, and have been so employed since November, 1986. Prior to my employment as a Special Agent with Customs, I was employed as a Special Agent with the Bureau of Alcohol, Tobacco and Firearms for nine years. The following information is based upon my personal knowledge and that of other law enforcement officers, whom I have interviewed. Since this affidavit is being submitted for the limited purpose of providing probable cause for a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the complaint.

2. On April 17, 2000, Customs Inspectors at Ft. Lauderdale International Airport conducted an inbound inspection of passengers arriving into the United States at Ft. Lauderdale-Hollywood International Airport from Jamaica on board Air Jamaica flight 089. One of the passengers inspected was Donna D. Pearson.

3. During inspection of Pearson, a Customs canine alerted and Pearson was referred to secondary inspection, where Pearson indicated she was returning from Jamaica and going home to Alabama. Pearson indicated to Customs Inspectors that she had taken the trip to Jamaica after a dispute with her boyfriend.

4. A further inspection was conducted on Pearson. The dog alerted to her shoes. Ms. Pearson's shoes were removed and x-rayed. Foreign substances were detected during the x-ray. The soles of both shoes were then probed. Inspectors discovered a white, powdery substance that field-

tested positive for cocaine. The approximate gross weight of the cocaine was 520 grams.

5. During a search incident to the arrest of Pearson, Customs officials found two $1,000.00 money orders from Regions Bank in Birmingham, Alabama, dated March 20, 2000, in Pearson's possession. Additionally, Customs officials found $313 in United States currency in Pearson's possession.

6. Your affiant submits that based upon the facts there exists probable cause to believe that Donna D. Pearson knowingly and intentionally imported into the United States, a schedule II controlled substance, that is, a mixture and substance containing cocaine, and that she possessed with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 952(a), and 841(a) (1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
EDWIN G. FLOOD
U.S. CUSTOMS SPECIAL AGENT

Sworn and subscribed before me
this 18th day of April, 2000.

_____
UNITED STATES MAGISTRATE JUDGE