COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER — FORT LAUDERDALE

DEFT: Donna Dorse Pearson (J)#

CASE NO: 00-4084-BSS

AUSA: Robin Rosenbaum /present

ATTNY:

AGENT: Customs

VIOL: Importation of cocaine & PWID

PROCEEDING: Initial Appearance

BOND REC: PTD

BOND HEARING HELD - yes/no

COUNSEL APPOINTED:

FILED by _____ D.C.

BOND SET @

APR 1 8 2000

CO-SIGNATURES:

CLARENCE A. 01
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) _____ Halfway House

_____ Electronic Monitoring

Δ - advised of charges
Will hire an
atty.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 4-21-00 | 11:00am | Seltzer |
| PTD/BOND HEARING: XXXXXXX | 4-24-00 | 10:00 | Seltzer |
| PRELIM/ARRAIGN. OR REMOVAL: XXXXXXX | 4-28-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 4-18-00   TIME: 11:00am   TAPE # 00-039   PG # 4

2920 -3275