# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-4084-BSS
        Plaintiff )
                       )
        -vs- ) REPORT COMMENCING CRIMINAL
                       )            ACTION
Donna Duryé Pearson )
        Defendant

FILED by D.C.
APR 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
     U.S. DISTRICT COURT             (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 04/17/00  2136 HRS  a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Title 21 USC 952 & 841

_____

(4) UNITED STATES CITIZEN: (✓)YES  ( )NO  ( )UNKNOWN

(5) DATE OF BIRTH: 04-58-1968

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [ ] INDICTMENT   [ ] COMPLAINT   CASE #_____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: Southern Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [ ]YES [ ]NO

AMOUNT OF BOND:$_____ WHO SET BOND?_____

(7) REMARKS: _____

(8) DATE: 4-17-00   (9) ARRESTING OFFICER SSA Edwin Flood

(10) AGENCY U.S. Customs   (11) PHONE # 954-931-3509

(12) COMMENTS _____

_____