**COURT MINUTES**

**U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE**

DEFT: Donna Dorce Pearson (J)#     CASE NO: 00-4084-BSS
USA: Robin Rosenbaum *present*     ATTNY: David Tucker / Scott Cottler standing in
AGENT:     VIOL:
PROCEEDING: PTD HEARING     BOND REC:
BOND HEARING HELD - yes/no     COUNSEL APPOINTED:
BOND SET @ $500,000 Corp. Surety
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
APR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

No Bond hearing held —

Both sides stipulate to a $500,000 Corp. Surety w/ nebbia, reserving right to proceed w/ a PTD hearing at a later date.

J's true name: Roslayna Denise Yancey

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 4-28-00    11:00am    LSS
STATUS CONFERENCE:
DATE: 4-24-00    TIME: 10:00am    TAPE # 00-031    PG # 1
624-750