## COURT MINUTES

### U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DONNA DORSE PEARSON (J)        CASE NO: 00-6102-CR-WPD ~~4084-BSS~~

AUSA: ROBIN ROSENBAUM        ATTY: David Tucker, Scott Keller

AGENT: _____        VIOL: _____

PROCEEDING ~~PRELIM~~/ARRAIGNMENT        RECOMMENDED BOND _____

BOND HEARING HELD - yes/no        COUNSEL APPOINTED _____

____ BOND SET @

____ SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person

3) Travel extended to: _____

*[FILED by __ D.C. APR 28 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN:

REMOVAL HRG:

STATUS CONF:  5-15   11   BSS

Date: 4-28-00    Time: 11:00    FTL/LSS TAPE #00- 027    Begin: 1725    End: ____

