```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6102-CR-DIMITROULEAS
UNITED STATES OF AMERICA

         vs

                                    ARRAIGNMENT INFORMATION SHEET
DONNA DORSE PEARSON
```

[FILED stamp: APR 28 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____DAVID TUCKER, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $ _Custody_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __28TH__ day of __APRIL_____, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Denny Butler_____
                                         Deputy Clerk
                                    Tape No. ____00-_C22_____

cc: Copy for Judge
    U. S. Attorney