UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6102-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DONNA DORCE PEARSON, | ) |
| a/k/a Roslynd Denise Yancey, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF UNAVAILABILITY OF GOVERNMENT COUNSEL

Please take notice that undersigned counsel for the United States has purchased non-refundable tickets for a prepaid vacation from May 26, 2000, through June 4, 2000. For this reason, the United States respectfully requests that no proceedings be set from May 26, 2000, through June 4, 2000.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
ROBIN S. ROSENBAUM
ASSISTANT U.S. ATTORNEY
Florida Bar No. 908223
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3595
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was sent this 28th day of April, 2000, by United States mail, first class, to David Tucker, Esq., Tucker, Kotler & Dominguez, 2600 S. Douglas Road, Suite 1108, Coral Gables, Florida 33134-6125.

Robin S. Rosenbaum
Assistant U.S. Attorney