-cr-06102-WPD    Document 16    Entered on FLSD Docket 05/16/2000    F
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Donna Dorse Pearson (no deft)         CASE NO: 00-6102-CR-Dimitrouleas

AUSA: Robin Rosenbaum *present*            ATTNY: David Tucker *George*
                                                   *Tucker*
AGENT: _____            VIOL: _____
                                                   *Stander*
PROCEEDING: Status Conference             BOND REC: _____

BOND HEARING HELD - yes/no                COUNSEL APPOINTED: 

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

```
FILED by _____ D.C.

MAY 1 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA. FT. LAUD.
```

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/
   travel documents.

4) Rpt to PTS as directed /or _____ x's a
   week/month by phone; _____ x's a week/month
   in person.

5) Random urine testing by Pretrial Services.
   Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) _____ Halfway House _____

_____ Electronic Monitoring _____

*Discovery out*

*no motions,*

*3 days to try*

*plea possible*

NEXT COURT APPEARANCE:      DATE:          TIME:          JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 5-15-00          TIME: 11:00am          TAPE # 00-08    PG # 3
                                                     3896 - 3610