UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6102-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

DONNA DORSE PEARSON,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 15, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require three days to try. A plea disposition remains a possibility.

2. Defense counsel confirmed that a plea disposition remains a possibility. Counsel is awaiting laboratory and fingerprint reports before he and his client reach a final decision with respect to a plea.

DATED at Fort Lauderdale, Florida this 16 day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Robin Rosenbaum, Esquire
Assistant United States Attorney

David Tucker, Esquire
Tucker Kotler & Dominquez
2600 S, Douglas Road, Suite 1108
Coral Gables, Florida 33134-6125
Attorney for Defendant