**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6102-CR-WPD  DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Omar Jose Pearson

U.S. ATTORNEY: Robin Rosenbaum    DEFT. COUNSEL: _____

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 1. Gov agrees to dismiss Count 2 @ sentencing.

JUDGMENT: _____

CASE CONTINUED TO: 8/25/00    TIME: 10:30    FOR: Sentencing

MISC: _____

