UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6102-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

-vs-

DONNA DORSE PEARSON,

Defendant.
_____/



## CONSENT TO JUDGMENT OF FORFEITURE
## AND STIPULATION OF SETTLEMENT

The defendant, Roslynd Denise Yancey, a/k/a Donna Dorse Pearson, (hereinafter referred to as the "defendant"), hereby knowingly and voluntarily agrees to forfeit all of her rights, title and interests to the United States of America in two $1,000.00 money orders found in the defendant's possession at the time of her arrest.

1. Defendant stipulates and agrees that all of the above-described properties are properties constituting and derived from proceeds the defendant obtained, directly or indirectly, as the result of the offense specified in Count I of the Indictment, and are the defendant's property used and intended to be used to commit and to facilitate the commission of the offense specified in Count I of the Indictment, and, as such, are forfeited to the United States pursuant to 21 U.S.C. §§853(a)(1) and (a)(2) and the terms of the Plea Agreement entered into between defendant and the United States of America in connection with this case.



2. Defendant agrees to hold the United States, its agencies, and its past and present agents and employees harmless from any judgment recovered by third parties arising from the United States's entry into this Consent of Forfeiture

3. Defendant hereby remises, and forever discharges, and by these presents does for her heirs, statutory survivors, executors, administrators, personal representatives, successors and assignees, remise, release, acquit, satisfy and forever discharge the United States of America, its agencies and employees from any and all claims and causes of action arising from the seizure and forfeiture of the properties described herein.

Respectfully submitted,

GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

Date: 6-9-00

By: *[signature]*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

Date: 6-12-00

By: *[signature]*
SCOTT KOTLER, ESQ
ATTORNEY FOR DEFENDANT

Date: 6-12-00

By: *[signature]*
ROSLYND DENISE YANCEY
DEFENDANT

-2-