## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6102-CR-WPD   DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre _____    INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Donna Dawse-Pearson

U.S. ATTORNEY: Robin Rosenbaum   DEFT. COUNSEL: David Tucker

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
37 months BOP, 3 years supervised Release
No Fine $100°° Assessment

Cnrt will grant gnvts motion to forfeit
$2,000. Gvt to prepare Order.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

