UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6102-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

DONNA DORSE PEARSON,

    Defendant.
_____/



FILED by _____ D.C.

AUG 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon the motion of the United States for entry of the judgment and preliminary order of forfeiture and upon the guilty plea entered by defendant Donna Dorse Pearson ("Defendant") as to Count I of the Indictment which charged Defendant with knowingly and intentionally importing into the United States a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2. Additionally, in her plea agreement dated June 12, 2000, defendant Donna Dorse Pearson agreed to the forfeiture of the two One Thousand Dollar ($1,000.00) money orders found in the her possession at the time of her arrest. This Court has reviewed the motion, the plea agreement and the record in this cause, specifically as to defendant's agreement to the forfeiture of two One Thousand Dollar ($1,000.00) money orders, and this Court being otherwise fully advised finds that there is substantial evidence supporting the forfeiture of the Defendant's rights, title and interest in the property described below. It is hereby,

**ORDERED and ADJUDGED** that all of the Defendant's rights, title and interest in the two One Thousand Dollar ($1,000.00) money orders, are forfeited to the United States of America



pursuant to 21 U.S.C. §853.

**ORDERED and ADJUDGED** that this order shall serve as a judgment in favor of the United States of America regarding all of the defendant's rights, title and interest in the above property, and the United States of America shall immediately seize the asset set forth above, if necessary, to protect the interests in the property ordered forfeited by providing a copy of this order to any person or entity which has possession of or jurisdiction over the forfeited property and by taking all steps necessary and appropriate to protect the interests of the United States of America, including the taking of actual possession and custody.

It is further,

**ORDERED and ADJUDGED** that following the entry of this Order pursuant to 21 U.S.C. §853 (n)(1), the United States will provide, to the extent practicable, written notice to all third parties known to be asserting a legal interest in any of the above described property and shall publish notice of this Order and the intent of the United States to dispose of the property in such manner as the Attorney General may direct. Within thirty (30) days following the expiration of the petition period described in the 21 U.S.C. §853(n)(1), the Court shall hold a status conference with all petitioners present for the purpose of setting tentative dates for the ancillary hearings regarding the claims of the petitioners and determining whether such hearings should be consolidated pursuant to 21 U.S.C. §853(n)(4). Five (5) days prior to the hearing, which shall be set by separate order, all petitioners and the United States shall file a joint status report specifying their respective positions on the above matters.

It is further,

**ORDERED and ADJUDGED** that if no claims are filed within the petition period described

in 21 U.S.C. §853(n)(2), upon the filing by the United States of a Notice of Publication the above described property shall be deemed forfeited and title vested in the United States of America in accordance with 21 U.S.C. §853(n)(7).

**DONE and ORDERED** at Fort Lauderdale, Florida this _____ day of August, 2000.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA Robin Rosenbaum
AUSA William H. Beckerleg, Jr.
Scott Kotler, Esq.
(Counsel for Defendant)

3