·DEFENDANT: **DONNA DORCE PEARSON a/k/a Roslynd Denise Yancey**

CASE NUMBER: **0:00CR06102-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __37__ **month(s)** .

☒ The court makes the following recommendations to the Bureau of Prisons:

**That defendant be designated to FCI Mariana.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __09-08-2000__ to __FDC - Miami, Florida__

at __33 N.E 4ᵗʰ St. Miami, Fl.__ , with a certified copy of this judgment.

__Monica S. Wetzel Warden__
UNITED STATES MARSHAL

By __X Clark, L.I.E__
Deputy U.S. Marshal