UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6102-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNA DORSE PEARSON,

    Defendant.
_____/



FILED by _____ D.C.
JAN 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**PROOF OF PUBLICATION OF NOTICE OF FORFEITURE FOR PUBLICATION**

The United States gives Notice of filing the attached Notice of Forfeiture for Publication.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

BY: _____
    WILLIAM H. BECKERLEG, JR.
    Assistant United States Attorney
    500 E. Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Fla. Bar No. A5500074
    Tel: (954) 356-7314, ext. 3614
    FAX: (954) 356-7180



## Broward Daily Business Review
Published Daily except Saturday, Sunday and Legal Holidays
Fort Lauderdale, Broward County, Florida.

STATE OF FLORIDA
COUNTY OF BROWARD:

Before the undersigned authority personally appeared Estela Force, who on oath says that she is the Office Assistant of the Broward Daily Business Review f/k/a Broward Review, a newspaper published at Fort Lauderdale, in Broward County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of                    00-6102
NOTICE OF FORFEITURE

UNITED STATES OF AMERICA
VS
DONNA DORSE PEARSON
in the ............U.S. District............ Court,
was published in said newspaper in the issues of

Oct 2, 2001

Affiant further says that the said Broward Daily Business Review is a newspaper published at Fort Lauderdale, in said Broward County, Florida, and that the said newspaper has heretofore been continuously published in said Broward County, Florida, and has been entered as second class mail matter at the post office in Fort Lauderdale in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this avertisement for publication in the said newspaper.

.......................................
Sworn to and subscribed before me this
..2.... day of......October........A.D.' 2001

.......................................
(SEAL)

Estela Force personally known to me.


Mary Beth Polinski
MY COMMISSION # DD007060 EXPIRES
March 6, 2005
BONDED THRU TROY FAIN INSURANCE, INC.

---

**NOTICE OF FORFEITURE FOR PUBLICATION**
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
CASE NO. 006102-CR-DIMITROULEAS
UNITED STATES OF AMERICA,
Plaintiff,
vs.
DONNA DORSE PEARSON,
Defendant.

Notice is hereby given that on August 30, 2000, in the case of United States v. Donna Dorse Pearson Case No. 00-6102-CR-DIMITROULEAS, the United States District Court for the Southern District of Florida entered a Preliminary Order of Forfeiture condemning and forfeiting the defendant's interest in the following property to the United States of America:
$2,000.00 in U.S. currency

The foregoing Preliminary Order of Forfeiture having been entered on August 30, 2000, the United States hereby gives notice of its intention to dispose of the forfeited property in such manner as the United States Attorney General may direct. Arrangements to view the subject property may be made by contacting the United States Marshals Service, located at 51 S.W. 1st Avenue, Miami, FL 33130, telephone (305) 536-7575, during normal business hours. Any person having or claiming a legal right, title or interest in the aforementioned property must petition the District Court for the Southern District of Florida for a hearing to adjudicate the validity of his/her alleged interest in the property within thirty (30) days of the final publication of this notice pursuant to 21 U.S.C. § 853 (n). The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The petition shall be filed with the United States District Court for the Southern District of Florida in the above-styled case at the following address:

Clerk of Court
301 North Miami Avenue
Room 150
Miami, Florida 33128-7788
Copies of the petition shall also be served upon the United States Attorney to the attention of:
WILLIAM BECKERLEG, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
500 Broward Boulevard
Suite 700
Fort Lauderdale, Fl 33394

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.
Respectfully submitted,
GUY A. LEWIS
UNITED STATES ATTORNEY
BY: WILLIAM BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
FLA. BAR #A5500074
500 E. Broward Blvd.,
Suite 700
Ft. Lauderdale, FL 33394
TEL. (954) 356-7314 ext. 3614
FAX. (954) 356-7180
10/2                01-4-08/201236B