**United States Government**
MEMORANDUM

**DATE:**   April 14, 2003

**FROM:**   Andrea L. Figueiredo, Treatment/EM/Field Assitant
Miami Lakes, Florida
(305) 512-1819

**SUBJECT:**   PEARSON, Donna Dorce
DOCKET NO. 0:00CR06102-001 — DIMITROULEAS
SD/FL PACTS NO. 63582

**TO:**   Clerk's Office, ~~Magistrate Section~~ Docketing Section
United States District Court, ~~Miami, Florida~~ FTL

### TRANSFER OF JURISDICTION

Attached please find the original Probation Form 22, Transfer of Jurisdiction signed in Part I., Order Transferring Jurisdiction on March 13, 2003, by the Honorable William P. Dimitrouleas, U.S. District Judge, Southern District of Florida and in Part II., Order Accepting Jurisdiction on March 31, 2003, by the Honorable Sharon L. Blackburn, U.S. District Judge, Northern District of Alabama.

Please forward the complete Court file to the Clerk of Court for the Northern District of Alabama.

Thank you for your attention in this matter. Should you have any questions or concerns or require additional information, please contact the undersigned at (305) 512-1819.

Respectfully submitted,

ALF

Attachment

| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 0:00CR06102-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Donna Dorce Pearson<br>a/k/a Roslyand Denis Yancey<br>8107 Sixth Avenue North<br>Birmingham, AL 35206 | DISTRICT<br>Southern District of Florida | DIVISION<br>West Palm Beach |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable William P. Dimitrouleas | |
| SD/FL PACTS No. 63582 | DATES OF PROBATION SUPERVISED RELEASE | FROM 12/23/02 — TO 12/22/05 |

OFFENSE: Importation of Cocaine, in violation of Title 21, U.S.C. 952 (a)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of Alabama</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 13, 2003
Date

The Honorable William P. Dimitrouleas
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN</u> DISTRICT OF <u>ALABAMA</u>

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 31, 2003
Effective Date

United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4-21-03

| | |
|---|---|
| INTEROFFICE MEMORANDUM | United States Government<br>**M E M O R A N D U M** |

**DATE:** April 14, 2003

**FROM:** Andrea L. Figueiredo, Treatment/EM/Field Assitant
Miami Lakes, Florida

**SUBJECT:** **PEARSON, Donna Dorce**
**SD/FL PACTS NO. 63582**

**TO:** Clerk's Office, Magistrate Section
U.S. District Court, Miami, Florida

# *Attached please find the following:*

1) ***MEMORANDUM:*** *Transfer of Jurisdiction*

2) *Probation Form 22, Transfer of Jurisdiction (original)*

*Thank you*