**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT




03 APR 24 PM 1:17

U.S. DISTRICT COURT
N.D. OF ALABAMA

April 21, 2003

United States District Court
Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203



CR-03-B-0238-S
ND/AL

RE:   USA -vs- Donna Dorce Pearson aka Roslyand Denis Yancey
      Case No.00-CR-6102-Dimitrouleas

Dear Sir:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: *Lisa I. Streets*
Lisa I. Streets
Deputy Clerk

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our
case number:

_____


by: _____,
    Deputy Clerk

Date: _____
```

